# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§
EDGAR L. FANKBONNER*

> Application granted. The status conference is hereby re-scheduled to April 26, 2022, at 11:00 A.M.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 12, 2022

The Hon. Philip M. Halpern
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    United States v. Yohauris Rodriguez Hernandez
                Docket No. 22-cr-119 (PMH)

Dear Judge Halpern:

      I represent Yohauris Rodriguez Hernandez in her criminal matter before this Court. I will be away on April 18, 2022, the date of our scheduled status conference. I planned my trip around the Court's original scheduling order, which indicated that the conference would be conducted via telephone. I cannot attend court in person on that date and I have no one to cover the appearance on my behalf.

      For these reasons, I respectfully request that the April 18 conference be continued to any of the following dates: April 20, 21, 25, or 26; May 6, 9, 10, 11, or 12.

                                                               Respectfully submitted,

                                                               /s/ Edgar Loy Fankbonner
                                                               Edgar Loy Fankbonner