UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Yohauris Rodriguez Hernandez**,
**Henry Fermin**,
                     Defendants.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

7-22-cr-0119- (PMH)

The initial conference previously scheduled for April 18, 2022 is rescheduled to April 26, 2022 at 11:00 am in Courtroom 520.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

    White Plains, NY
    Dated: April 13, 2022        SO ORDERED:

                                                Philip M. Halpern, U.S.D.J