UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

YOHAURIS RODRIGUEZ HERNANDEZ,
                        Defendant.
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-CR-119 (PMH)

Defendant Yohauris Rodriguez Hernandez hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Yohauris Rodriguez Hernandez
Print Defendant's Name

/s/ Edgar Loy Fankbonner
Defense Counsel's Signature

Edgar Loy Fankbonner
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

6/16/2022
Date

_____
U.S. District Judge/U.S. ~~Magistrate Judge~~