UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -v-

YOHAURIS RODRIGUEZ,
                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-**CR-**119 (PMH)

Defendant __Yohauris Rodriguez__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


__/s/ Yohauris Rodriguez (signed by permission)__    __/s/ Edgar Loy Fankbonner__
Defendant's Signature    Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Yohauris Rodriguez__    __Edgar Loy Fankbonner__
Print Defendant's Name    Print Defense Counsel's Name


This proceeding was conducted by AT&T teleconferencing technology.

November 29, 2022    [signature]
_____    _____
Date    U.S. District Judge/~~U.S. Magistrate Judge~~