```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :         RESCHEDULING ORDER
                                        :
Yohauris Rodriguez Hernandez,           :         7-22-cr-00119 (PMH)
Henry Fermin,                           :
             Defendants.                :
------------------------------------------------------------x
```

The status conference previously scheduled for February 6, 2023 is rescheduled to February 9, 2023 at 3:00pm by teleconference.

Counsel and defendant should call **(888) 398-2342** and use Access Code 3456831. (Members of the press and public may call the same number but will not be permitted to speak during the proceeding.)

Dated: January 19, 2023          SO ORDERED:

_____
Philip M. Halpern, U.S.D.J