UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**YOHAURIS RODRIGUEZ HERNANDEZ**,
                Defendant.
-----------------------------------------------------------x

**SCHEDULING ORDER**

7-22-cr-000119- PMH

     The Court has converted the Status Conference scheduled on 7/17/2023 at 11:00 a.m. to a Change of Plea Hearing in Courtroom 520 at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time

Dated: July 13, 2023        SO ORDERED:

_____
Philip M. Halpern, U.S.D.J