

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*Suite 1100*
*White Plains, New York 10606*

January 16, 2024

**VIA ECF & E-MAIL**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Yohauris Rodriguez Hernandez*, 22 Cr. 119 (PMH)

Dear Judge Halpern:

      The Government respectfully submits this letter on consent to request an extension to January 19, 2024 to file its sentencing submission in the above-referenced case, currently due today, January 16, 2024. The defendant is scheduled to be sentenced on January 30, 2024. On January 9, 2024, defense counsel Elizabeth Quinn filed a substantial sentencing submission on behalf of the defendant, and the Government respectfully requests additional time to complete its review and consideration of the points raised in the defense's submission and to addresses the relevant factors under 18 U.S.C. § 3553(a). Defense counsel consents to the Government's request for an extension. This is the first such request by the Government.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: _____
      Kevin T. Sullivan
      Assistant United States Attorney

---

Application granted.

The Clerk of the Court is respectfully directed to terminate the motion sequence at Doc. 67.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
      January 16, 2024